1132

No. 81–1945. PACIFIC GAS & ELECTRIC CO. ET AL. *v.* STATE ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION ET AL. C. A. 9th Cir. Certiorari granted limited to the following questions: Whether petitioners' challenges to the provisions in the 1976 amendments to California's Warren-Alquist Act, Cal. Pub. Res. Code Ann. §§ 25524.1(b) and 25524.2 (West 1977), which condition the construction of nuclear plants on findings by the State Energy Resources Conservation and Development Commission that adequate storage facilities and means of disposal are available for high-level nuclear waste, are ripe for judicial review, and whether §§ 25524.1(b) and 25524.2 are pre-empted by the Atomic Energy Act of 1954, 42 U. S. C. § 2011 *et seq.*

No. 81–1552. BINDER *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.

No. 81–1679. CASSEL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–1682. SCACCHETTI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1699. EARLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 81–1703. LAMBERT *v.* WATTIGNY. Ct. App. La., 3d Cir. Certiorari denied.

No. 81–1749. WILSHIRE OIL COMPANY OF TEXAS *v.* BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM. C. A. 3d Cir. Certiorari denied.

No. 81–1791. GROUP LIFE & HEALTH INSURANCE CO. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.